NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOTOR WORKS, LLC,**
*Plaintiff-Appellee,*

v.

**SAFER TECHNOLOGIES, INC., CERMA TECHNOLOGY, INC., GEORGE ACKERSON, MARY STRANAHAN, NICHOLAS STREIT, EDWARD HALBACH AND TIM STREIT,**
*Defendants-Appellants.*

---

2011-1142

---

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-3608, Judge James Ware.

---

## ON MOTION

---

## ORDER

The court considers whether this appeal should be transferred to the United States Court of Appeals for the Ninth Circuit.

Safer Technologies, Inc. et al. appeal from a judgment of the United States District Court for Northern District

of California in a trademark infringement action. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based upon our review, it does not appear that the district court's jurisdiction arose in whole or in part under the laws governing this court's appellate jurisdiction.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

FEB 0 8 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Robert C. Weems, Esq.
      James M. Hanavan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 8 2011

JAN HORBALY
CLERK